Rodney E. HAYS, Plaintiff—Appellant,

v.

TOWN OF GAULEY BRIDGE, WEST VIRGINIA, a West Virginia Municipal Corporation; William Kincaid, individually and in his official capacity as Judge of the Gauley Bridge Municipal Court; Sean Whipkey, individually and in his official capacity as a Town of Gauley Bridge Officer; Heath Whipkey, individually and in his official capacity as a Town of Gauley Bridge Police Officer; Charles Burkhamer, individually and in his official capacity as a Town of Gauley Bridge Police Officer, Defendants—Appellees.

No. 11–1356.

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2011.

Decided: July 25, 2011.

Rodney E. Hays, Appellant Pro Se. Vaughn Sizemore, Bailey & Wyant, PLLC, Charleston, West Virginia, for Appellees.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney E. Hays seeks to appeal the district court's order granting partial summary judgment to defendants on his 42 U.S.C. § 1983 (2006) complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Hays seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*